IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRELL BROWN a/k/a
MARCUS HOWARD,

       Petitioner,

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-692-bbc

v.

R. WERLINGER,
Warden, Federal Correctional
Institution -Oxford,

       Respondents.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered denying the motion for post conviction relief under 28 U.S.C. § 2241 filed by Terrell Brown a/k/a Marcus Howard.

| /s/ | 2/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |