UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 MAR -6 AM 10: 29
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| TERRELL BROWN, | § | |
| a/k/a: Marcus Howard, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 13-cv-692-bbc |
| V. | § | |
| R. WERLINGER Warden, | § | |
| Federal Correctional Institution | § | |
| Respondent. | § | |

NOTICE OF APPEAL

Notice is hereby given that TERRELL BROWN hereinafter "Petitioner" respectfully submits this Notice of Appeal to the United States Court of Appeals for the Seventh Circuit from the ORDER entered in his Post-Conviction Motion for Relief under 28 U.S.C. §2241, on the 26th day of February, 2014.

Respectfully Submitted,

*Terrell Brown* March 5, 2014

Terrell Brown (Pro Se)

Reg. No. 06983-027

Federal Correctional Institution

P.O. BOX 1000

Oxford, WI 53952